IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN INGRAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONEY MAP PRESS, LLC,<br><br>　　　　Defendant. | Case No. 23-cv-05802-CRB<br><br>**JUDGMENT** |

Having granted Defendant Money Map Press, LLC's Motion to Dismiss (dkt. 21), the Court hereby ENTERS JUDGMENT for Defendant and against Plaintiff Warren Ingram.

**IT IS SO ORDERED.**

Dated: July 24, 2024

_____
CHARLES R. BREYER
United States District Judge